**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6057**

CORIANTE L. PIERCE,

       Petitioner - Appellant,

    v.

SHERIFF CLARENCE BIRKHEAD,

       Respondent - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Joe L. Webster, Magistrate Judge.  (1:20-cv-00712-WO-JEP)

Submitted:  May 20, 2021                      Decided:  May 25, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Coriante L. Pierce, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Coriante L. Pierce seeks to appeal the magistrate judge's recommendation to dismiss without prejudice Pierce's 28 U.S.C. § 2241 petition. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Pierce seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss this appeal for lack of jurisdiction and deny Pierce's motions to appoint counsel and his motion for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*